1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:      (510) 433-2699

6

7  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
8  CORPORATION, erroneously sued herein as
   AMTRAK

9

10 UNITED STATES DISTRICT COURT

11 EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13 ANNETTE IVY,                                  Case No.  2:10-cv-03310 LKK KJN

14            Plaintiff,                         **STIPULATION AND ORDER OF DISMISSAL**

15    v.

16 AMTRAK; and Does 1 to 20,

17            Defendants.

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  IT IS HEREBY STIPULATED by and between plaintiff ANNETTE IVY and defendant
2  NATIONAL RAILROAD PASSENGER COMPANY, through their designated counsel, that the
3  above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of
4  Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own costs.

6  DATED: February 25, 2011         LAW OFFICES OF MICHAEL J. MATTEUCCI

8                                                   By:        /s/ Michael J. Matteucci
                                                              MICHAEL J. MATTEUCCI
9                                                              Attorney for Plaintiff
                                                                  ANNETTE IVY

12  DATED: March 22, 2011           LOMBARDI, LOPER & CONANT, LLP

14                                                   By:        /s/ Liza Siu Mendoza
                                                               LIZA SIU MENDOZA
15                                                          Attorneys for Defendants
                                                    NATIONAL RAILROAD PASSENGER
16                                                                CORPORATION

17  IT IS SO ORDERED.
18  Dated: March 24, 2011

21              LAWRENCE K. KARLTON
22              SENIOR JUDGE
                UNITED STATES DISTRICT COURT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-40428 LSM 593956.1                    2                    Case No.  2:10-cv-03310 LKK KJN
STIPULATION AND ORDER OF DISMISSAL